IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Joel Flores,<br><br>            Plaintiff,<br><br>v.<br><br>Trujillo, et al.,<br><br>            Defendants. | No. CV 06-0964-PHX-ROS<br><br>**ORDER** |

On April 5, 2006, Plaintiff filed a pro se Civil Rights Complaint (Doc. #1). The Defendant filed a Motion to Dismiss (Doc. #12) on December 1, 2006. On January 24, 2007, Magistrate Judge Jacqueline Marshall issued a report and Recommendation ("R&R") recommending that the Motion to Dismiss be granted. (Doc. #14) No objections were filed by either party.

The Court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). It is "clear that the district judge must review the magistrate judge's findings and recommendations *de novo if objection is made*, but not otherwise." United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir. 2003) (*en banc*) (emphasis in original); Schmidt v. Johnstone, 263 F. Supp. 2d 1219, 1126 (D. Ariz. 2003) ("Following Reyna-Tapia, this Court concludes that *de novo* review of factual and legal issues is required if objections are made, 'but not otherwise.'"). District

courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection." <u>Thomas v. Arn</u>, 474 U.S. 140, 149 (1985). No objection having been made, the Court will adopt the R&R in full.

Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. #14) is **ADOPTED** and Defendant's Motion to Dismiss (Doc. #12) is **GRANTED**. The Clerk of Court shall dismiss this case.

DATED this 21st day of February, 2007.

_____
Roslyn O. Silver
United States District Judge

- 2 -